**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-6912**

───────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMES EMORY JONES, JR., a/k/a Ace, a/k/a Kirk,

        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:17-cr-00006-TDC-6)

───────────────

Submitted:  February 21, 2023               Decided:  February 24, 2023

───────────────

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

James Emory Jones, Jr., Appellant Pro Se.  Elizabeth G. Wright, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Emory Jones, Jr., appeals the district court's order denying his motion for compassionate release.  We review a district court's denial of a compassionate release motion for abuse of discretion.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021).  Upon review of the record, we conclude that the district court did not abuse its discretion in denying Jones' motion for compassionate release.[*]  Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] As Jones correctly notes, the district court's order twice erroneously referred to him as "Williams."  However, we conclude that the district court's error was harmless because the court otherwise accurately recounted only facts and arguments that were relevant to Jones.